UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| VELMA M. MELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 8:19-cv-00209-TDC |
| ) | |
| SELECT PORTFOLION SERVICING, INC., ) | |
| STERLING, INC. dba JARED-GALLERIA OF ) | |
| JEWELRY, PRESTIGE FINANCIAL ) | |
| SERVICES, INC., EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC and TRANS UNION, LLC, ) | |
| ) | |
| Defendants. ) | |

### EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC. ("Equifax") respectfully requests that this Court enter an order extending the time to answer or otherwise respond to Plaintiff's Complaint to March 21, 2019. In support of this motion, Equifax states as follows:

1. Plaintiff filed her Complaint with this Court on January 22, 2019.

2. Equifax was served with the Complaint on January 29, 2019.

3. Absent an extension, Equifax's deadline to answer or otherwise respond to the Complaint is currently February 19, 2019.

4. This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Equifax to answer or otherwise respond.

5. Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer and to actively engage in settlement discussions.

Accordingly, Equifax respectfully requests an extension through and including March 21, 2019 within which to file its answer or other responsive pleading in this matter.

6. On February 13, 2019, counsel for Equifax requested, and counsel for Plaintiff agreed, that Equifax may have up to and including March 21, 2019 to file its Answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval.

7. This is Equifax's first request for an extension of time to answer or otherwise respond to the Complaint.

WHEREFORE, Equifax respectfully requests that the Court extend the time for it to answer or otherwise respond to Plaintiff's Complaint until March 21, 2019.

Respectfully submitted,

 /s/     Nathan D.  Adler
Nathan D. Adler
Neuberger Quinn Gielen Rubin Gibber, PA
Bar No. 22645
One South Street, 27th Floor
Baltimore, MD 21202
Telephone:  (410) 332-8550
Fax: (410) 332-8517
nda@nqgrg.com
*Attorney for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 15th day of February, 2019. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

    Kevin C. Williams
    LAW OFFICE OF KEVIN WILLIAMS
    8025 13th Street, Suite 107
    Silver Spring, MD 20910
    titlelaw@gmail.com
    *Attorneys for Plaintiff*

    Robert J. Schuckit
    SCHUCKIT & ASSOCIATES, P.C.
    4545 Northwestern Drive
    Zionsville, IN 46077
    rschuckit@schuckitlaw.com
    *Attorney for Defendant Trans Union, LLC*

                                              /s/    Nathan D. Adler
                                              Nathan D. Adler