## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

**VELMA M. MELTON,**
                                    Plaintiff,
        vs.

**SELECT PORTFOLIO SERVICING, INC.,**

**STERLING, INC.,**

**PRESTIGE FINANCIAL SERVICES, INC.,**

**EXPERIAN INFORMATION SOLUTIONS, INC.**

**EQUIFAX INFORMATION SERVICES, LLC**

**AND**

**TRANS UNION, LLC,**
                                    Defendants.

Case No. 8:19-cv-00209-TDC

## CONSENT MOTION FOR EXTENSION OF TIME
## TO ANSWER COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 105.9, Defendant Select Portfolio Servicing, Inc. ("SPS"), hereby moves for an order extending the time to file its response to Plaintiff's Complaint [ECF 1], until March 21, 2019.  SPS's answer is due on February 20, 2019.

SPS requires an extension of time to investigate the allegations set forth in the Complaint and to prepare its defenses. Kevin Williams, counsel for Plaintiff, consented to the requested extension by telephone on February 14, 2019.  This is SPS's first request for an extension of time.  SPS respectfully

submits that the requested extension will not cause undue delay, has not been requested for any improper purpose, and that no party will be prejudiced by the grant of the requested extension.

WHEREFORE, SPS respectfully requests that this Court order that the time within which SPS may respond to or answer Plaintiff's Complaint be extended to March 21, 2019.  A proposed order is attached hereto.

February 18, 2019

Respectfully submitted,

_____/s/_____ ***Mary S. Diemer***_____
Mary S. Diemer, Esquire
Federal Bar No. 12328
NELSON, MULLINS, RILEY & SCARBOROUGH LLP
E-Mail:  mary.diemer@nelsonmullins.com
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
(202) 712-2800
Fax:  (202) 712-2860

*Attorneys for Select Portfolio Servicing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such to all registered counsel of record, and by U.S. Mail, postage prepaid, to:

Sterling, Inc. dba Jared-Galleria of Jewelry
c/o The Corporation Trust, Inc.
2405 York Rd., Suite 201
Lutherville Timonium, MD 21093

President Financial Services, Inc.
c/o The Corporation Trust, Inc.
2405 York Rd., Suite 201
Lutherville Timonium, MD 21093

Experian Information Solutions, Inc.
c/o The Corporation Trust, Inc.
2405 York Rd., Suite 201
Lutherville Timonium, MD 21093

*/s/ Mary S. Diemer*
Mary S. Diemer