**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| VELMA M. MELTON, *et al.*,               ) | |
| )| |
| Plaintiff,                    ) | |
| ) | |
| vs.                           ) | Case No. 8:19-cv-00209-TDC |
| ) | |
| SELECT PORTFOLIO SERVICING, INC., ) | |
| *et al.*,                                ) | |
| ) | |
| Defendants.                   ) | |
| ) | |

**NOTICE OF APPEARANCE**

Will the clerk of the court kindly enter the appearance of Alfred D. Carry of McGlinchey Stafford PLLC as counsel for the specially-appearing Defendant Sterling Jewelers Inc. ("Sterling") (incorrectly identified in the complaint as "Sterling Inc. dba Jared-Galleria of Jewelry"), which has specially appeared in this action to seek the dismissal of Plaintiff's complaint against Sterling (*see* Dkt. 17) for a lack of personal jurisdiction.

Dated: March 1, 2019                     Respectfully submitted,

/s/Alfred D. Carry
Alfred D. Carry (Bar #20711)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel.: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com

*Counsel for Defendant Sterling Jewelers Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 1st day of March, 2019 through the court's CM/ECF system, which will send notification of this filing to all counsel of record.

      /s/Alfred D. Carry
      Alfred D. Carry (Bar #20711)