**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| **VELMA M. MELTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 8:19-cv-209-TDC** |
| **v.** ) | |
| ) | **Judge: Theodore D. Chuang** |
| **SELECT PORTFOLIO SERVICING, INC.,** *et* ) | |
| *al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Plaintiff Velma Melton and Defendant Experian Information Solutions, Inc. (the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that Experian shall have an extension until March 27, 2019, to file its responsive pleading to Plaintiff's Complaint.

Dated:  March 6, 2019                                        Respectfully Submitted:


/s/ Kevin C. Williams                                       /s/ Daniel D. DeVougas
Kevin C. Williams, Esq. (No. 18072)          Daniel D. DeVougas (Md. Bar No. 19127)
Law Office of Kevin Williams, LLC             JONES DAY
8025 13th Street, Suite 107                        51 Louisiana Avenue, NW
Silver Spring, MD 20910                            Washington, DC 20001
Telephone: (301) 399-1700                         Telephone: (202) 879-3783
titlelaw@gmail.com                                    Facsimile: (202) 626-1700
                                                              ddevougas@jonesday.com


*Counsel for Plaintiff*                                  *Counsel for Defendant*
                                                              *Experian Information Solutions, Inc.*

*(signed by Daniel DeVougas with written*
*permission of Kevin Williams)*




APPROVED AND ORDERED BY THE COURT:


_____ on the ___ of March, 2019
Hon. Theodore D. Chuang
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed on this 6th day of March, 2019 with the Court via the
CM/ECF system, causing it to be served on all CM/ECF users.


Respectfully submitted,


*/s/ Daniel D. DeVougas*
Daniel D. DeVougas (Md. Bar No. 19127)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Telephone:: (202) 879-3783
Facsimile: (202) 626-1700
ddevougas@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*