# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND (GREENBELT)

VELMA M. MELTON,  
    Plaintiff,

vs.

SELECT PORTFOLIO SERVICING, INC.;  
STERLING, INC. dba JARED-GALLERIA  
OF JEWELRY; PRESTIGE FINANCIAL  
SERVICES, INC.; EXPERIAN INFORMATION  
SOLUTIONS, INC.; EQUIFAX INFORMATION  
SERVICES, LLC; and TRANS UNION, LLC;  
    Defendants.

CASE NO.   8:19-cv-00209-TDC

## JOINT STIPULATION AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Velma M. Melton ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree as follows:

1. That Plaintiff's First Amended Complaint With Jury Trial Demand [Doc. No. 27] (the "Amended Complaint") contains no new allegations directed against Trans Union.

2. That, as a result, Trans Union is not required to file a response to the Amended Complaint.

3. That Trans Union's Answer To Plaintiffs' Complaint And Affirmative Defenses [Doc. No. 07] shall be deemed its response to the Amended Complaint.

4. That any new allegations of the Amended Complaint that could be read as being directed against Trans Union shall be deemed denied.

Respectfully submitted,


*/s/ Kevin C. Williams*
Kevin C. Williams, Esq., No. 18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
301.399.1700
titlelaw@gmail.com

Counsel for Plaintiff, Velma Melton



*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of April, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kevin C. Williams, Esq. titlelaw@gmail.com | Mary S. Diemer, Esq. Mary.diemer@nelstonmullins.com |
| Alfred D. Carry, Esq. acarry@mcglinchey.com | Michael R. Naccarato, Esq. mrnaccarato@gandwlaw.com |
| Daniel D. DeVougas, Esq. ddevougas@jonesday.com | Nathan D. Adler, Esq. nda@nqgrg.com |
| Robert Kline, Esq. rkline@gw-law.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of April, 2019**, properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*