# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| VELMA M. MELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br>STERLING JEWELERS, INC.<br>*dba Jared-Galleria of Jewelry*,<br>PRESTIGE FINANCIAL SERVICES, INC.,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC<br>and<br>TRANS UNION, LLC,<br><br>    Defendants. | Civil Action No. TDC-19-0209 |

## ORDER

For the reasons stated during the June 11, 2019 Case Management Conference, it is hereby ORDERED that:

Plaintiff Velma M. Melton shall share a copy of her proposed Second Amended Complaint with counsel for all Defendants by **June 14, 2019**, and Defendants shall promptly advise Melton whether they intend to oppose her filing of the Second Amended Complaint. If no Defendant intends to oppose the filing, then Melton may simply file the Second Amended Complaint, attaching a redlined version, by **June 21, 2019**. Melton should also file a status report stating that her amendment is unopposed.

If any Defendant informs Melton that it intends to oppose her filing of a Second Amended Complaint, Melton should file a Motion to Amend by **June 21, 2019**, attaching a

redlined version of the proposed Second Amended Complaint.  Any Opposition to Plaintiff's Motion is due by **June 28, 2019**.  By agreement of the parties, both the Motion and any Opposition shall be limited to **five pages**, and no Reply Memorandum will be permitted.

If the Court accepts Melton's Second Amended Complaint, Melton and Defendant Sterling Jewelers, Inc. ("Sterling") shall file a Joint Status Report within **two weeks** of the Court's ruling stating whether the Court should rule on the pending Motion to Dismiss, ECF No. 31, or proposing a different course of action based on the Amended Complaint.  No Motions for Sanctions based on the Notices of Intent filed by Melton and Sterling, ECF Nos. 39 and 42, are permitted to be filed until after the Court resolves the pending Motion to Dismiss.

Finally, if the parties seek modification of the Court's Scheduling Order based on the fact that certain discovery cannot be obtained without the participation of Sterling, they should file a Joint Motion for Extension or a Joint Motion to Stay Certain Deadlines by **June 21, 2019**.

Date:  June 17, 2019                                          /s/
                                                                 THEODORE D. CHUANG
                                                                 United States District Judge