UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

---

VELMA MELTON,   CASE NO. 8:19-cv-209-TDC
    Plaintiff,
  vs.

SELECT PORTFOLIO SERVICING, INC. et al,
    Defendants.

---

**DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, whereas Defendant, Equifax Information Services, LLC. has not yet filed an Answer to the Second Amended Complaint, the Plaintiff, Velma Melton, hereby designates this matter as settled and enters this notice of voluntary dismissal with prejudice as to Equifax Information Services, LLC *only*.

Respectfully submitted,

/s/
Kevin C. Williams, Esq. # 18072
8043 Colesville Road, Ste 1100
Silver Spring, MD 20910
301.399.1700
kevin@kwesquire.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of July, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: __/s/_____
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8043 Colesville Road, Ste 1100
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com

*Counsel for Plaintiff*