# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| VELMA M. MELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br>STERLING JEWELERS, INC.<br>*dba Jared-Galleria of Jewelry*,<br>PRESTIGE FINANCIAL SERVICES, INC.,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC<br>and<br>TRANS UNION, LLC,<br><br>    Defendants. | Civil Action No. TDC-19-0209 |

## ORDER

Pursuant to the Court's Order, Plaintiff Velma M. Melton and Defendant Sterling Jewelers, Inc. ("Sterling") have filed a Joint Status Report stating that even though Melton has filed a Second Amended Complaint, Sterling's ripe and pending Motion to Dismiss for Lack of Personal Jurisdiction, ECF No. 31, applies to the Second Amended Complaint. However, because the Second Amended Complaint adds a defamation claim, Sterling seeks to file a brief supplement to its Motion addressing why the Court lacks personal jurisdiction over that claim as well. Upon consideration of the Joint Status Report, it is hereby ORDERED that:

1. Sterling may file a supplemental memorandum in support of its pending Motion to Dismiss within **14 days** of the date of this Order.

2. Melton may file a supplemental response to Sterling's memorandum within **14 days** of its filing.

3. Both memoranda shall be limited to **five pages** each and shall only address personal jurisdiction over the new defamation claim.  Any arguments unrelated to the new defamation claim shall be STRICKEN.

Date:  July 26, 2019                                                  /s/
                                                                     THEODORE D. CHUANG
                                                                     United States District Judge