**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**TIMOTHY J. SULLIVAN**<br>**UNITED STATES MAGISTRATE JUDGE**<br>MDD_TJSchambers@mdd.uscourts.gov | **U.S. Courthouse**<br>**6500 Cherrywood Lane**<br>**Greenbelt, Maryland 20770**<br>**(301) 344-3593** |

October 15, 2019

LETTER TO COUNSEL:

    Re:    *Velma Melton v. Select Portfolio Servicing, Inc., et al.*
              Case No. TDC-19-0209

Dear Counsel:

      The Court has reviewed the parties' submissions in connection with Plaintiff's Motion to Compel. (*See* ECF No. 82.) Because the discovery deadline is looming, the Court wishes to advise the parties that Plaintiff's Motion will be denied in its entirety. A forthcoming opinion will formally deny the Motion and explain the Court's reasoning.

                                                                         Sincerely yours,

                                                                         /s/
                                                            Timothy J. Sullivan
                                                            United States Magistrate Judge