**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>TIMOTHY J. SULLIVAN<br>UNITED STATES MAGISTRATE JUDGE<br>MDD_TJSchambers@mdd.uscourts.gov | U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770<br>(301) 344-3593 |

December 19, 2019

LETTER TO COUNSEL:

    Re:    *Velma Melton v. Select Portfolio Servicing, Inc., et al.*
              Case No. TDC-19-0209

Dear Counsel:

    The Court has reviewed the parties' proposed Joint Discovery Plan (ECF No. 103). Because the parties have reached complete agreement on a proposed schedule for the remaining discovery in this case, and because that schedule appears reasonable, the Court will approve the parties' Joint Discovery Plan and adopt it as the schedule governing this case. The deadline for the submission of the post-discovery status report is September 28, 2020. Other than the discovery deadlines listed in the Joint Discovery Plan, all provisions of the Court's initial scheduling order remain unmodified and in full effect.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

                                                        Sincerely yours,

                                                        /s/
                                                  Timothy J. Sullivan
                                                 United States Magistrate Judge