# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| VELMA M. MELTON,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br>and STERLING JEWELERS, INC.<br>*dba Jared-Galleria of Jewelry*,<br><br>    Defendants. | Civil Action No. TDC-19-0209 |

## ORDER

Pending before the Court is Plaintiff Velma Melton's Objections to Magistrate Judge Sullivan's 10/28/19 Order, ECF No. 90, in which United States Magistrate Judge Timothy J. Sullivan ruled on Melton's Amended Motion to Compel Discovery, ECF No. 82, and the Motion for a Protective Order, ECF No. 81, filed by Defendant Select Portfolio Servicing, Inc. ("SPS").

Under Federal of Civil Procedure 72, a party must object to a pretrial decision that is referred to a Magistrate Judge within 14 days. Fed R. Civ. P. 72(a). A District Judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.* Here, the disputes are on non-dispositive matters, and Melton's objections were timely filed, so the Court will apply the Rule 72(a) standard.

Having carefully reviewed the Magistrate Judge's Order and the submitted materials, the Court finds no clear error or rulings contrary to law. Accordingly, the Court OVERRULES the objections and AFFIRMS the Magistrate Judge's Order. The Court's ruling is subject to the following:

1. To the extent that SPS has responded to interrogatories by referencing its document production only, the Court cautions SPS that testimony or facts responsive to such interrogatories but not specifically stated in the produced documents or disclosed in a deposition will not be admitted at trial.

2. As to Interrogatory Nos. 22 and 24, the Court expects that SPS will supplement its response, to the extent that it has not yet done so, to identify the requested witnesses with sufficient time for depositions of such witnesses to occur. The parties shall meet and confer to set an agreed-upon deadline. Failure to disclose a witness in response to these requests will result in exclusion of that witness at trial.

It is so ORDERED.

Date: January 8, 2020

THEODORE D. CHUANG
United States District Judge