UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| VELMA M. MELTON,<br><br>  Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br>and STERLING JEWELERS, INC.<br>*dba Jared-Galleria of Jewelry*,<br><br>  Defendants. | Civil Action No. TDC-19-0209 |

**ORDER**

On January 21, 2020, Plaintiff filed a Notice of Intent to file a Motion for Clarification of the Court's January 8, 2020 Order pursuant to Federal Rules of Civil Procedure 59(e), 60(b)(1), and 60(b)(6). ECF No. 110. Upon the Court's review of the Notice, the Court states that its January 8, 2020 Order did not decide whether or not prior complaints may be admitted at trial. Accordingly, there is no need for the proposed Motion to be filed at this time.

Date: January 27, 2020

THEODORE D. CHUANG
United States District Judge