### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

VELMA M. MELTON,

    Plaintiff,

    v.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

Civil Action No. TDC-19-0209

### ORDER

For the reasons stated during the December 1, 2020 Case Management Conference, it is

hereby ORDERED that:

1.    Plaintiff is granted leave to file the proposed Motion for Summary Judgment. The

    Motion will be deemed timely if filed by **Monday, January 4, 2021.**

2.    Defendant is granted leave to file the proposed Cross-Motion for Summary

    Judgment. The Cross-Motion and Opposition to Plaintiff's Motion will be deemed

    timely if filed by **Wednesday, February 3, 2021.**

3.    Plaintiff's Opposition to the Cross-Motion and Reply to the Motion will deemed

    timely if filed by **Wednesday, February 24, 2021.**

4.    Defendant's Reply to the Cross-Motion will be deemed timely if filed by

    **Wednesday, March 10, 2021.**

Date: December _3_ 2020



THEODORE D. CHUANG
United States District Judge