**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)**

| | |
|---|---|
| ANNIE JEAN JOHNSON<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, et al.<br><br>  Defendants. | Case No. **8:20-cv-00748-GJH** |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND WELLS FARGO, NA

Plaintiff Annie Jean Johnson ("Plaintiff"), by counsel, and Defendant Wells Fargo Bank, NA ("Wells"), and Defendant Experian Information Solutions, Inc ("Experian") hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's causes against Wells and Experian only should be dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

Dated:  December 3, 2020                          Respectfully Submitted,

By: */s/ Jon G. Heintz*                                  By: */s/ Keaton C. Stoneking*
Jon G. Heintz, Esq.                                       Keaton C. Stoneking, Esq.
Jones Day                                                     Troutman Pepper Hamilton Sanders LLP
51 Louisiana Avenue, NW                            301 S. College Street, 34th Floor
Washington, DC 20001                                 Charlotte, NC 28202
Tel: 202.879.3819                                          Tel: 704.998.4088
Email:  jheintz@jonesday.com                      Email:  keaton.stoneking@troutman.com
*Counsel for Experian Information Solutions, Inc.*   *Counsel for Wells Fargo Bank, NA*

By: */s/ Kevin C. Williams*
Kevin C. Williams, Esq.
Law Office of Kevin Williams, LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910
Tel: 301.399.1700
Email:  kevin@kwesquire.com
*Counsel for Plaintiff*


CERTIFICATE OF SERVICE

We hereby certify that on this 3rd day of December, 2020, we will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

| | |
|---|---|
| By: */s/ Jon G. Heintz*<br>Jon G. Heintz, Esq.<br>Jones Day<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>Tel: 202.879.3819<br>Email:  jheintz@jonesday.com<br>*Counsel for Experian Information Solutions, Inc.* | By: */s/ Keaton C. Stoneking*<br>Keaton C. Stoneking, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>301 S. College Street, 34th Floor<br>Charlotte, NC 28202<br>Tel: 704.998.4088<br>Email:  keaton.stoneking@troutman.com<br>*Counsel for Wells Fargo Bank, NA* |

By: */s/ Kevin C. Williams*
Kevin C. Williams, Esq.
Law Office of Kevin Williams, LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910
Tel: 301.399.1700
Email:  kevin@kwesquire.com
*Counsel for Plaintiff*