UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

VELMA M. MELTON,

    Plaintiff,

    v.

SELECT PORTFOLIO SERVICES, INC.,

    Defendant.

Civil Action No. TDC-19-0209

**ORDER**

On January 4, 2021, Plaintiff Velma M. Melton filed a Motion for Summary Judgment. ECF No. 128. On February 3, 2021, Defendant Select Portfolio Services filed a Cross Motion for Summary Judgment and its Opposition to Plaintiff's Motion for Summary Judgment. ECF No. 129. Upon review of both filings, it appears that the parties have submitted the filings in violation of the Case Management Order which provides detailed instructions for the submission of materials with summary judgment motions, including preparation and numbering of a Joint Record. Case Management Order § II.B., ECF No. 3. The Court also notes that Plaintiff filed its Motion for Summary Judgment under seal without an accompanying Motion to Seal, as set out by Local Rule 105.11.

Accordingly, the Court will strike the Motion for Summary Judgment, the Cross Motion for Summary Judgment, and the Opposition to Plaintiff's Motion for Summary Judgment. It is hereby ORDERED that:

1. Plaintiff shall refile the Motion for Summary Judgment in conformity with the Case Management Order and the Local Rules within **seven days** of the date of this Order.

2. Defendant's Opposition to the Motion and Cross Motion for Summary Judgment shall be refiled in conformity with the Case Management Order within **seven days** of the date of this Order.

3. Plaintiffs Opposition to the Cross Motion and Reply to the Motion will be deemed timely if filed by **Wednesday, February 24, 2021**.

4. Defendant's Reply to the Cross Motion will be deemed timely if filed by **Wednesday, March 10, 2021**.

Date:  February 8, 2020



THEODORE D. CHUANG
United States District Judge