**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **VELMA M. MELTON,**<br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>**SELECT PORTFOLIO SERVICING, INC.,**<br>　　　　　　　　　　Defendant. | Case No. 8:19-cv-00209-TDC |

**<u>ORDER</u>**

Upon consideration of Defendant Select Portfolio Servicing, Inc.'s ("SPS") Amended Cross-Motion for Summary Judgment, any response thereto, and for good cause having been shown, it is on this ___ day of _____ 2021, hereby

ORDERED, that SPS's Cross-Motion is GRANTED; and it is further

ORDERED, that summary judgment is entered in favor of SPS as to Plaintiff's claims for violations of the Fair Credit Reporting Act and state law defamation; and it is further

ORDERED, that the Clerk shall close this case.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　District Court Judge